1  Ronald Wilcox, Esq., 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486

4  ATTORNEY FOR PLAINTIFF

5
              UNITED STATES DISTRICT COURT
6             NORTHERN DISTRICT OF CALIFORNIA
                   SAN JOSE DIVISION
7

8  GUILLERMINA LAWRENCE,           )
                                   )
9         Plaintiff,               )   Civil Action No.: C 07-05006 CW
                                   )
10        v.                       )
                                   )   STIPULATION TO MEDIATION,
11                                 )   REQUEST TO CONTINUE 1/2/08
   NATIONAL RECOVERY, INC., et al. )   CMC FOR 90 DAYS AND [PROPOSED]
12                                 )   ORDER
          Defendant.               )
13                                 )

14

15        The parties hereby agree to mediate through the Court's ADR Unit. The parties

16 respectfully request the Court continue the January 2, 2008 Case Management Conference for 90

17 days. The parties will conduct discovery in accordance with the F.R.C.P.

18

19
20 Dated: _____                    _____
                                       Ronald Wilcox, Counsel for Plaintiff
21 Dated: 12/17/07                    _____
                                       Mark Ellis, Counsel for Defendants
22

23

24

25

# [PROPOSED] ORDER

The parties' stipulation is hereby adopted by the Court. The January 2, 2008 Case Management Conference is hereby continued to _____.

**IT IS SO ORDERED.**

Date:

_____
U.S. DISTRICT COURT JUDGE