Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GUILLERMINA LAWRENCE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL RECOVERY, INC., et al. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: C 07-05006 CW <br><br> STIPULATION TO MEDIATION, REQUEST TO CONTINUE 1/2/08 CMC FOR 90 DAYS AND [PROPOSED] ORDER |

The parties hereby agree to mediate through the Court's ADR Unit. The parties respectfully request the Court continue the January 2, 2008 Case Management Conference for 90 days. The parties will conduct discovery in accordance with the F.R.C.P.

Dated: _____        _____
                        Ronald Wilcox, Counsel for Plaintiff

Dated: 12/17/07        _____
                        Mark Ellis, Counsel for Defendants

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | The parties' stipulation is hereby adopted by the Court. The January ~~2,~~ 8 2008 Case |
| 3 | Management Conference is hereby continued to ___April 8, 2008, at 2:00 p.m.___ |
| 4 | **IT IS SO ORDERED.** |
| 5 |   |
| 6 | Date: 12/21/07 |
| 7 | *[signature]* |
| 8 | U.S. DISTRICT COURT JUDGE |