1 Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
2 Tel: (408) 296-0400
3 Fax: (408) 296-0486

4 **ATTORNEY FOR PLAINTIFF**

5

6 UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
7 SAN JOSE DIVISION

8

GUILLERMINA LAWRENCE,           )
9                                )
       Plaintiff,                )    Civil Action No.: C 07-05006 CW
10                               )
       v.                        )    **NOTICE OF ACCEPTANCE OF**
11                               )    **OFFER OF JUDGMENT**
NATIONAL RECOVERY, INC., et al.  )
12                               )
       Defendants.               )
13                               )

14     Plaintiff hereby accepts defendants' offer of judgment (pursuant to F.R.C.P. 68), attached
15 herein.

16

17 Dated: 2/27/08                    _____
                                    Ronald Wilcox, Counsel for Plaintiff
18

19

20

21

22

23

24

25

1  Mark E. Ellis - 127159
   Kimberly E. Lewellen - 243663
2  ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA 95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821

5  Attorneys for Defendants
   NATIONAL RECOVERY, INCORPORATED AND GLENNA RAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNA

| GUILLERMINA LAWRENCE, | Case No.: 4:07-CV-05006-CW |
|---|---|
| Plaintiff, | |
| v. | **RULE 68 OFFER OF JUDGMENT** |
| NATIONAL RECOVERY INCORPORATED and GLENNA RAY, | |
| Defendants. | |

Defendants NATIONAL RECOVERY, INCORPORATED and GLENNA RAY, hereby offer to allow judgment to be entered against them and in favor of Plaintiff GUILLERMINA LAWRENCE, pursuant to Rule 68 of the Federal Rules of Civil Procedure according to the following terms:

Judgment to be entered in favor of Plaintiff GUILLERMINA LAWRENCE against NATIONAL RECOVERY INCORPORATED and GLENNA RAY in the amount of $2,000. In addition to this amount, GUILLERMINA LAWRENCE to be awarded reasonable attorney's fees and costs, to be mutually agreed upon by the parties, or if no agreement can be reached, to be determined by the Court in accordance with 15 U.S.C. § 1692k.

RULE 68 OFFER OF JUDGMENT

1  Pursuant to Federal Rules of Civil Procedure, Rule 68, plaintiff may accept this
2  offer by serving written notice that the offer is accepted within 10 days of service of this
3  offer. If the offer is not accepted within 10 days, it is deemed withdrawn. This offer is
4  made for the purposes specified in Rule 68 and is not considered an admission of
5  liability.

Dated: February 14, 2008

Ellis, Coleman, Poirier, LaVoie,
& Steinheimer LLP

By _____
Kimberly E. Lewellen
Attorney for Defendant(s)
NATIONAL RECOVERY,
INCORPORATED AND GLENNA RAY

## CERTIFICATE OF SERVICE

I, Alexandria M. Felix, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On February 15, 2008, I served the following document(s) on the parties in the within action:

### RULE 68 OFFER OF JUDGMENT

|   | |
|---|---|
|   | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|   | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|   | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|   | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Ronald Wilcox<br>2160 The Alameda, First Floor, Suite F<br>San Jose, CA 95126 | Attorneys for<br>Attorney for Plaintiff |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on February 15, 2008.

By /s/ Alexandria M. Felix
Alexandria M. Felix

- 3 -

RULE 68 OFFER OF JUDGMENT