Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GUILLERMINA LAWRENCE,            )<br>                                                           )<br>           Plaintiff,                              )<br>                                                           )<br>           v.                                          )<br>                                                           )<br>NATIONAL RECOVERY, INC. and  )<br>GLENNA RAY,                                 )<br>                                                           )<br>           Defendants.                         )<br>_____) | Civil Action No.: C 07-05006 CW<br><br>**JUDGMENT PURSUANT TO F.R.C.P. 68** |

   Pursuant to the Notice of Acceptance of Rule 68 Offer of Judgment and the Offer of Judgment filed with the Court, the Court hereby enters judgment for plaintiff Guillermina Lawrence in the amount of $2,000, plus the reasonable attorney's fees and costs Plaintiff may be entitled to recover in this action.

IT IS SO ORDERED.

Dated:  3/13/08

*/s/ Claudia Wilken*
_____
CLAUDIA WILKEN
U.S. DISTRICT JUDGE