1  Ronald Wilcox, Esq., 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486

4  **ATTORNEY FOR PLAINTIFF**

5

6  **UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
   SAN JOSE DIVISION**

7

8  _____
   GUILLERMINA LAWRENCE,           )
9                                  )
              Plaintiff,            )    Civil Action No.: C 07-05006 CW
10                                 )
              v.                    )    SATISFACTION OF JUDGEMENT
11                                 )
    NATIONAL RECOVERY, INC. and    )
12  GLENNA RAY,                     )
                                    )
13            Defendants.           )
    _____)
14

15 Plaintiff wishes to inform the court Defendants have satisfied the judgment in this matter.

16

17 Date: 3/26/08
   /s/Ronald Wilcox
18 Ronald Wilcox

19

20

21

22

23

24

25